UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DONNALYN FANNIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:17-cv-236-DCP |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, Plaintiff's Motion for Summary Judgment [**Doc. 19**] is **DENIED**, and Defendant's Motion for Summary Judgment [**Doc. 23**] is **GRANTED**. The decision of the Commissioner is **AFFIRMED**. The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

ENTER:

_Debra C. Poplin_
Debra C. Poplin
United States Magistrate Judge